UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

JAMES L. EWING,

    Petitioner,

V.

BUREAU OF PRISONS,

    Respondent.

Civil Action No. 7: 17-192-KKC

**JUDGMENT**

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Memorandum Opinion and Order entered this date and pursuant to Federal Rule of Civil Procedure 58, it is **ORDERED** and **ADJUDGED** that:

1. The petition filed pursuant to 28 U.S.C. § 2241 by James Ewing [R. 1] is **DENIED.**

2. Judgment is **ENTERED** in favor of the respondent with respect to all issues raised in this proceeding.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Entered January 3, 2018.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY